# Court of Appeals
# of the State of Georgia

ATLANTA,  September 13, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0258. DARRELL L. ALFORD, JR. v. NILSA E. SCOTT.

Darrell L. Alford, Jr. filed this direct appeal from the trial court's order denying his motion for summary judgment in this civil action. However, the denial of a motion for summary judgment must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court. See *Ga. Central Credit Union v. Cole*, 239 Ga. 870, 870-871 (239 SE2d 37) (1977); *Lumbermen's Underwriting Alliance v. Atlantic Wood Indus.*, 207 Ga. App. 392, 392 (427 SE2d 861) (1993). Alford's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/13/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*